*1 of 20*

E-FILED
Tuesday, 29 August, 2017  03:09:35 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

MARIO S ENGLISH JR.

_____ )
Plaintiff )
)
vs. )
)
MICHAEL MELVIN )
SUSAN PRENTICE )
J. VINSON )
JOHN DOES Et al, )
_____ )
_____ )
_____ )
_____ )
Defendant(s) )
)
)

Case No. _____
_(The case number will be assigned by the clerk)_

SCANNED at PCC and E-Mailed

8/28/17 (date) by **KK** (initials)

22 (# of pages)

_(List the full name of ALL plaintiffs and defendants in the caption above.  If you need more room, attach a separate caption page in the above format)._

_Amended_

### COMPLAINT*

_Indicate below the federal legal basis for your complaint, if known.  This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).  However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims.  Many prisoners' legal claims arise from other federal laws.  Your particular claim may be based on different or additional sources of federal law.  You may adapt this form to your claim or draft your own complaint._

☒  42 U.S.C. §1983 (state, county or municipal defendants)

☐  Action under _Bivens v. Six Unknown Federal Narcotics Agents_, 403 U.S. 388 (1971)(federal defendants)

☐  Other federal law: _____

☐  Unknown _____

## I. FEDERAL JURISDICTION

_*Please refer to the instructions when filling out this complaint.  Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint.  This is not the form to file a habeas corpus petition._

2

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: MARIO S. ENGLISH JR.

Prison Identification Number: B-57430

Current address: Pontiac CORRECTional CENter

P.o. Box 99 Pontiac, IL 61764

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: MICHael MElVIN

Current Job Title: WARDEN

Current Work Address Pontiac CORRECTional CENter

P.o. Box 99 pontiac, IL 61764

Defendant #2:

Full Name: Susan PRENtICE

Current Job Title: MAJOR # 627

Current Work Address Pontiac CORRECTional CENter

P.o. Box 99 pontiac, IL 61764

Defendant #3:

Full Name: J. VINSON

Current Job Title: CORRECTional oFFicer # 12866

2

Current Work Address *Pontiac Correctional Center*
*P.O. Box 99  Pontiac, IL 61764*

Defendant #4:

Full Name: *John Does*

Current Job Title: *N/A*

Current Work Address *Pontiac Correctional Center*

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?          Yes ☐          No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒          No ☐

C. If your answer to B is yes, how many? *4*   Describe the lawsuit(s) below.

3

4

1. Name of case, court and Docket number.
MARIO S. English JR. V.   RANDY PFISTER etal.,
CENTRAL DISTRICT of ILLINOIS, PEORIA DIVISION
13-1199

2. Basic claim made, Failure to protect,
deliberate indifference to serious medical needs and
Retaliation claim. (condition-of-confinement)

3. Disposition (how did the case end)?
lost summary Judgement 7-20-2015.

was the case dismissed.? Not Sure IF loss of summary
Judgement is a dismissal.
was it appealed? Yes!
Is it still pending? NO

5

1. Name of case, court and Docket Number
Marto S. English JR. V. Terry williams et al.
Northern district of Illinois, Eastern Division
1:15-cv-03950

2. Basic claim made, Excessive Force,
unconstitutional strip search, deliberate indifference to
a substantial risk of serious harm,
violating plaintiffs constitutional right Guarantee
under the "First and Fourteenth amendment
"To seek Redress in a court of law and violating
plaintiffs Fifth Amendment due process rights.

3. Disposition (how did the case end)? Not over!
was the case dismissed? No!
was it appealed? not got to that point.
Is it still pending? Yes!

6

1. Name of case, court and docket number
Mario S. English JR. v. Marcelles P. Gardner et al.,
NORTHERN DISTRICT of ILLinois, Eastern Division
1:16-cv-5295

2. Basic claim made,
deliberate indifference to my serious medical needs,
deliberate indifference to my serious mental health needs.

3 Disposition (how did the case End)? Not over!
was the case dismissed? No!
was it appealed? not to that point.
Is it still pending? Yes!

7.

1. Name of case, court and Docket number
Mario S. English Jr. v. Kimberly Butler and Monica Nippe.
Southern district of illinois, East St. Louis division
16-cv-395-SMY-RJD

2. Basic claim made, denying prisoners access to the courts,
to redress violations of their Liberty interests under the
Due Process clause, and violating my constitutional
right guarantee under the "First and Fourteenth
Amendments" to seek redress in a court of law,
(Grievance procedure)!

8

## PRELIMINARY STATEMENT

I MARIO S ENGLISH JR B-57430 is the plaintiff in this civil case. I am a prisoner currently incarcerated at Pontiac Correctional center, and hereby complains against defendants, MICHAEL MELVIN, SUSAN PRENTICE, J. VINSON and John Does, as follows: THIS is a civil lawsuit brought pursuant to 42 U.S.C § 1983 to redress violations of plaintiffs Rights under the EIGHTH AMENDMENT to the U.S constitution, the Right be free of cruel and unusual punishment. Defendants michael melvin and Susan prentice are allowing security staff to take my food and starve me and i have done nothing wrong. (Conditions-of-Continement).

plaintiff seeks a judgment declaring the defendants conduct unconstitutional and violative and a preliminary injunction and ultimately a permanent injunction against defendants unlawful conduct as set forth below on pages 17-18

Each defendant is being sued in there individual capacity and offical capacity. all defendants have acted under color of state law at all time Relevant to this complaint.

I.  Name of Case, Court and Docket Number _____

_____

2.  Basic claim made _____

3.  Disposition (That is, how did the case end?  Was the case dismissed?  Was it appealed?  Is it still

pending?)  _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint.  However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A.  Is there a grievance procedure available at your institution?  Yes  ☒  No  ☐

B.  Have you filed a grievance concerning the facts relating to this complaint?

Yes  ☒  No  ☐

If your answer is no, explain why not _____

_____

C.  Is the grievance process completed?  Yes  ☐  No  ☒

Do to the seriousness of this case i filed a preliminary injunction
and I am asking this court to consider the merits of this case while
the grievance procedure is still pending. If i had to wait for the
grievance procedure to be complete, I would be dead do to staff
misconduct, starvation.  See attached grievances Exhibits (A) and (B)
page. 10-11

## V.  STATEMENT OF CLAIM

Place(s) of the occurrence  Pontiac Correctional Center, North cell house

Exhibit (A) page 10

Too 900 Emergency
N-718

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| Date: 8-18-2017 | Offender: (Please Print) MARTE S. ENGLISH, JR | ID#: R57430 |
|---|---|---|

| Present Facility: Pontiac C.C | Facility where grievance issue occurred: Pontiac C.C |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ ADA Disability Accommodation
☒ Staff Conduct ☐ Dietary ☐ Medical Treatment ☐ HIPAA
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☒ Other (specify): Attempted Murder!

☐ Disciplinary Report: ____/____/____
　　　　　　　　　　　Date of Report　　　　　　Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 8-18-2017 1st shift, time unknown, north house, 7 gallery. C/o Vinson took my lunch tray. I was at the back of the cell and he still took my tray. Br of Vinson took my tray 8-17-2017 at lunch time also, trying to provoke me. standing at the back of the cell, He got my tray was five, then C/o Vinson said I need you to sit at the end of your bed per the name (Vinson it will be Pellover). I didn't yet he came, me saying, i have to sit at the end of the bed. its not a rule or policy, its harassment! I, did something wrong, he should write a ticket. I didn't get a ticket for refusing to sit down. C/o Vinson gave me a ticket, saying i refused to give him my trash. Wholi tube! the trash was in the feed slot. I was standing at the back of the cell. Other staff picked it up. Other staff gave me my feed

Relief Requested: Move C/o Vinson from 7 gallery. Extra trays. Take off feed slot. I want a lie detector test. send a witness so staff can see i did not refuse to give up my trash and i did not REFUSE my tray. c/o Vinson is trying to kill me, Penalty injunctions! Set Convict needs to Sit I-A

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Marto S. English, Jr | R57430 | 8-18-2017 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ____/____/____

☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|
| | | ____/____/____ |

---

**EMERGENCY REVIEW**

Date Received: ____/____/____

Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| Chief Administrative Officer's Signature | Date ____/____/____ |
|---|---|

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

no other staff on First shift tells you to sit at the end of your bed.
no other staff on 2nd or 3rd shift tells you to sit at the end of your bed.
this is my 2nd Emergency grievance to you. C/o Vinson is trying to starve me to death.
I think he should be charged with murder.
C/o Vinson has no right to take my trays. I don't know how many he will take.
C/o Vinson might wake people up and say, sit at the end of your bed so I can
put your tray in the feed slot.
C/o Vinson is worried about being assaulted with a tray or milk carton.
#0, he gave me trays + milk cartons before. 7 gallery has no plastic on the doors.
what he/she vs who/r staff has to take me somewhere and staff has to unlock
the locked chuck whole? it don't make sense to sit on the end of the bed just
to walk to the door and cuff up?
it's Cruel and unusual punishment to take my trays.
Im not on a hunger strike

C/o Vinson is attempting to

kill me by #taking my

trays and putting me on feed loaf,

knowing it taste nasty and I can't eat

all of them. I get feed loaf with no spoon.

I will be writing IA also for

C/o Vinson trying to kill me.

Im not an animal and I wont let him train me like one.

a copy was sent to the counselor (Alvarado).

C/o Vinson took my tray 8-19-2017
C/o Vinson took my lunch tray 8-20-2017

TU 7 galley counselor
Alverado N-718

Exhibit (B) page 11

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| Date: 8-22-2017 | Offender: (Please Print) MARIC S. ENGLISH JR. | | ID#: B-57430 |
|---|---|---|---|
| Present Facility: Pontiac CC | | Facility where grievance issue occurred: Pontiac CC | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☒ Other (specify): ON going harassment!

- ☐ Disciplinary Report: ____/____/____ Date of Report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

on 8-17-2017 1st shift, time unknown, north house cell 718
c/o Vinson tock my lunch tray.
on 8-18-2017, 1st shift, time unknown, north house cell 718
c/o Vinson tock my lunch tray.
on 8-19-2017, 1st shift, time unknown, north house cell 718
c/o Vinson took my lunch tray.
on 8-20-2017, 1st shift, time unknown, north house cell 718
c/o Vinson took my lunch tray.
on 8-21-2017, 1st shift, time unknown, north house cell 718

Relief Requested: Stop the harassment! move c/o Vinson, pending injunction, take off
food loaf, extra trays, monetary damages for cruel and unusal punishment.
SEE camera for proof, wants to SEE it -> FOR attempted murder by c/o Vinson.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Mauris Emedish Jr. _____ B-57430 _____ 8-22-2017
Offender's Signature _____ ID# _____ Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ____/____/____

☐ Send directly to Grievance Officer
☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

Print Counselor's Name _____ Counselor's Signature _____ Date of Response ____/____/____

---

**EMERGENCY REVIEW**

Date Received: ____/____/____

Is this determined to be of an emergency nature?

☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature _____ Date ____/____/____

C/o Vinson took my lunch tray.

C/o Vinson is tampering with my food, he had me placed on meal loaf because he said, I refused to give him my trash. that's a lie! the trash was in the food slot. staff is constantly harassing prisoners. 1st we could stand by the middle of the bed to get your tray and the middle so he could pick up the trash.

then it was stand at the back of the cell to get your tray and the back so he could pick up the trash.

then it was sit at the end of your bed to get your tray and the sit on the back of the bed while he picked up trash.

(Next, it will be roll over) Respect is it a one way street. ~~~~~~~~~ ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ I stand at the back of the cell, it's harassment because you have to stand at the door to cuff up while the chuckhole is open. that's more dangerous then the feed slot. staff places your feed inside a big metal box. I always told Vinson that i want my trays.

I never received a ticket for refusing to sit on the end of my bed because it's not a rule. staff just says in a ticket that i refused to give him my trash (disobeying a direct order). that's a lie! C/o Vinson don't write a ticket when he takes my trays.

Show me a memo, rule or policy that says, i have to sit at the end of my bed while staff picks up trash. it don't exist!

Show me a memo, rule or policy that says, If you don't sit at the end of your bed while they pick up trash, you can put me on meal loaf. I don't exist!

Show me a memo, rule or policy that says, staff can take my feed for not sitting at the end of my bed. It don't exist! staff can't legally starve prisoners to death. we are locked in the cell, the cell is my space. staff has a duty to pass out feed. all staff don't make you sit at the end of your bed to get your feed. that proves harassment.

C/o Vinson is worried about assaults by prisoners but there is knuckle plastic on 7 gallery doors like there is on other doors. End!

Date(s) of the occurrence  8 - 17-2017, 8-18 -2017, 8 -19 -2017, 8-20-2017, 8-21-2017

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

A. I wrote WARDEN MICHAEL MELVIN an EMERGENCY GRIEVANCE about c/o J. VINSON taking my food EVERY day that he works and the warden hasn't done anything to stop the correctional officer from starving me.

B. Susan PRENTICE tells security staff to take prisoners food if they don't sit at the end of their bed. there's no such rule that a prisoner has to sit at the end of his bed to get his tray. If that rule did exist, staff still has no right to starve prisoners. it would only be a ticket for disobeying a direct order.

C. C/o J. VINSON takes my lunch tray EVERY day that he works because i don't sit at the end of my bed. First, we could stand in the middle of the room, then at the Back, then sit at the end of your bed. Next, it will be Roll over. C/o J. VINSON put me on meal loaf, which is smashed up food. Blended all together and taste bad because i don't sit at the end of the bed while he picks up trash. I didn't get a ticket to not sitting at the end of the bed c/o VINSON just said. I refused to give up my trash, which is a lie. then i was placed on food loaf. the trash was in the food slot. see camera on gallery to prove.

John Does, Do take XRays For not sitting at the End of your bed.

14

## Claims upon which Relief may Be Granted

A. that the deliberate actions of michael melvin
are in violation of the EIGHTH AMENDMENT, the
Right to be FREE from cruel and unusual punishment
Conditions-of-Confinement
michael melvin wont stop staff from starving me. staff
has no right to take my food.
michael melvin is RECKLESS and will continue to do so.
as a proximate result of defendant's wrongful conduct,
plaintiff has suffered and will continue to suffer
immediate and irreparable harm and injury,
including psychological, and Emotional injury,
Plaintiff has no plain, adequate, or
complete Remedy at law to address the wrongs
described herein.

15

B. that the deliberate actions of Susan PRENTICE
are in violation of the EIGHTH AMENDMENT, the
Right to be FREE FROM cruel and unusual punishment
conditions-of-confinement

Susan Prentice allows staff to take prisoner food
and put them on food loaf if a prisoner doesn't sit at
the end of his bed. no such Rule exist.

Susan PRENTICE is RECKLESS and will continue to do so
as a proximate Result of defendant's wrongful conduct,
plaintiff has suffered, and will continue to suffer
immediate and irreparable harm and injury,
including psychological, and emotional injury.
plaintiff has no plain, adequate or complete
Remedy at law to address the wrongs
described herein.

16

C. that the deliberate actions of J. Vinson are in
violation of the EIGHTH Amendment, the right to be
FREE FROM cruel and unusual punishment.
Conditions-of-confinement
J. Vinson has know right to take my trays because
i dont sit at the end of my bed. he has know right to
put me on meal loaf for not sitting at the end of my bed.
I didn't refuse to give him my trash.
J. Vinson is RECKLESS and will continue to do so.
as a proximate result of defendant's wrongful conduct,
plaintiff has suffered, and will continue to suffer
immediate irreparable harm and injury,
including, psychological, and emotional injury,
plaintiff has no plain, adequate or
complete Remedy at law to address the wrongs
described herein.

17

## REQUEST FOR RELIEF

wherefore, plaintiff Respectfully Request
that this court Enter judgement granting plaintiff:

A. Damages award plaintiff monetary Damages in
the amount of $10,000 against Each Defendant For
their malicious and willful misconduct

B. award plaintiff monetary damages in the amount
of $10,000 against each defendant For his
Emotional stress and mental anguish caused by the
defendant's malicious and willful misconduct.

C. Exemplary [monetary and punitive] damages
against Each defendant in the amount of $10,000
For their malicious and willful misconduct:
while acting under color of law and there upon
Engaging in actions against the plaintiff in a
manner that violated the EIGHTH AMENDMENT
of the UNITED STATES constitution.

18

D. Declare that defendant's actions and inactions
are unlawful and unconstitutional for the
reasons specified above;

(E) Enter a preliminary and permanent injunction
directing defendants to provide:

1. that defendant's stop harassing plaintiff
2. that defendant's stop taking prisoners trayster not
sitting at the end of there bed.
3. stop putting prisoners on meel loaf for not setting at the
End of there bed when staff picks up trash.
4. stop saying prisoners refused to give up there trash
just because prisoners refused to sit down.
~~and any such futher relief as this court~~
~~may deem just, proper and equitable~~
5. once plaintiff is locked in the cell. that is the prisoners
space. he can be anywhere in the cell while staff gives
him ~~~~ the food tray.
6. award any such futher relief as the court may deem
just, proper and equitable.

_____

_____

_____

_____

_____

_____

_____

_____

_____

JURY DEMAND          Yes ☒          No ☐

Signed this ___27___ day of __August_____, 20_17_.

_Mario S. English JR._
( Signature of Plaintiff)

| Name of Plaintiff: MARIO S. ENGLISH JR. | Inmate Identification Number: B-57430 |
|---|---|
| Address: Pontiac Correctional Center P.O. Box 99 Pontiac, IL 61764 | Telephone Number: 815-842-2816 |

8

20

# CERTIFICATE of SERVICE

I MARIO S. ENGLISH JR. hereby certify that on 8-27-2017 ~~one person~~ i sent this (complaint) to the pontiac law library through the mail system to be e-filed to the united states District court for the central district of illinois
Peorta division

Dated: ~~8-27-2017~~  8-27-2017

RESPECTFULLY submitted,

*Mario S. English jr.*

MARIO S. ENGLISH JR. B-51486

Pontiac CC
P.O. Box 99
Pontiac, IL 61764
815-842-2816

1 of 3

IN THE

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF ILLINOIS

PEORIA DIVISION


MARIO S. ENGLISH JR.

    plaintiff,


~V~                 NO. _____

SCANNED at PCC and E-Mailed
8/28/17 (date) by __vc__ (initials)
___3___ (# of pages)

MICHAEL MELVIN et al.,

    Defendants


PLAINTIFF'S DECLARATION


Now comes plaintiff, MARIO S. ENGLISH JR., pro-se
and declares this is evidence that plaintiff intends
to use to prove his case against above named defendants

there is a memorandum, which summarizes my evidence
attached to the complaint and preliminary injunction,
here I state as follows:

2

MEMORANDUM which summarizes my EVIDENCE

#1. plaintiff's complaint and (2) grievances ▓▓▓▓
Exhibits (A) and (B) pages 10-11 support the
PRELIMINARY injunction.

#2. plaintiff Rewrote exhibits (A) and (B) on Regular
paper, see Exhibit (A) and (B) in the preliminary
injunction pages 10-11 / 12-14

#3 memorandum of law in support of PRELIMINARY injunction.
I declare under penalty of perjury that the
foregoing is true and correct pursuant to 28 usc
17 46, 18 usc 1621 or 735 ILCS 5/1-109

Executed at

pontiac prison

Pc, Box 99

pontiac, IL 61764

815-842-2816

Dated 8-27-2017        Respectfully submitted,

                       Mario S English JR.

                       Mario S English JR. B-5742

3

CERTIFICATE OF SERVICE

I, MARIO S. English JR, hereby certify that
on 8-27-2017 I sent this Motion,
(PLAINTIFF'S DECLARATION) to the Pontiac
Law Library through the Mail system to be
E-filed to the united states District court for the
central district of Illinois
Peoria division

Dated 8-27-2017                Respectfully submitted,

Mario S. English, JR.

MARIO S. English JR. B-57436
Pontiac CC
P. O. Box 99
Pontiac, IL 61764
815-842-2816