Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
## for the
## Central District of Illinois

| | |
|---|---|
| **Mario English, Jr.** | ) |
| Plaintiff | ) |
| vs. | ) Case Number: 17-1389 |
| **Michael Melvin, Susan Prentice, J Vinson, John Does** | ) |
| Defendant | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's complaint is dismissed without prejudice, pursuant to 42 U.S.C.§ 1997(e)(a), for failure to exhaust administrative remedies prior to filing suit.

**Dated:** 1/30/2018

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court

